IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

FEB 16 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

In the matter of the search of  ) DOCKET NO. 1:11mj13
)
Salimon Ramos )
) ORDER TO SEAL

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced motion to seal, Criminal Complaint, Affidavit, and arrest warrant be sealed until further order of the court.

This the 16th day of February, 2011.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA